PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $227,555.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $294,191.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | 2:17-CV-01204-WBS-KJN<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　This matter came before the Honorable Judge Kendall J. Newman on the United States' *ex parte* motion for default judgment and final judgment of forfeiture, filed on August 18, 2017.  (ECF No. 15.) That same day, the court issued a minute order requiring any opposition to the motion to be filed within 28 days.  (ECF No. 16.)  Although that deadline has now passed, no opposition was filed.  There was also no appearance by or on behalf of any other person or entity claiming an interest in the above-captioned defendant currency.  Based on the United States' motion and the files and records of the court, THE COURT FINDS as follows:

　　　　1.　　This action arose out of a Verified Complaint for Forfeiture *In Rem* filed June 8, 2017.

　　　　2.　　The United States has moved this Court, pursuant to Local Rule 540, for entry of default judgment of forfeiture against potential claimants Daniel Munoz Acosta and Ruby Delgadillo.

　　　　3.　　The United States has shown that a complaint for forfeiture was filed; that potential

claimants Daniel Munoz Acosta and Ruby Delgadillo received notice of the forfeiture action; that any and all other unknown potential claimants have been served by publication; and that grounds exist for entry of a final judgment of forfeiture.

Therefore, IT IS RECOMMENDED as follows:

1. That Daniel Munoz Acosta and Ruby Delgadillo be held in default;

2. That the United States' motion for default judgment and final judgment of forfeiture (ECF No. 15) be granted;

3. That judgment by default be entered against any right, title, or interest of potential claimants Daniel Munoz Acosta and Ruby Delgadillo in the defendant currency referenced in the above caption;

4. That a final judgment be entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law;

5. That The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served on all parties and filed with the court within fourteen (14) days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

Dated: September 25, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE