PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CV-01204-WBS-KJN |
| Plaintiff, | |
| v. | DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $227,555.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $294,191.00 IN U.S. CURRENCY, | |
| Defendants. | |

On September 26, 2017, the magistrate judge filed findings and recommendations (ECF No. 19), which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are adopted.

2. Daniel Munoz Acosta and Ruby Delgadillo are held in default.

1
Default Judgment and Final Judgment of Forfeiture

3. The United States' motion for default judgment and final judgment of forfeiture (ECF No. 15) is granted.

4. A judgment by default is entered against any right, title, or interest of potential claimants Daniel Munoz Acosta and Ruby Delgadillo in the defendant currency referenced in the above caption.

5. A final judgment is entered, forfeiting all right, title, and interest in the defendant currency to the United States, to be disposed of according to law.

6. The Clerk of Court shall close this case.

Dated: October 19, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE